

**MARQUEL S. JORDAN**
(713) 632-8630
EMAIL mjordan@BlankRome.com

TELEPHONE (713) 228-6601
TELECOPIER (713) 228-6605

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

12/16/2015 3:50:42 PM
CHRISTOPHER A. PRINE
Clerk

December 16, 2015

*via Electronic Filing*

Christopher A. Prine, Clerk
First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

> **Re:** **Case No. 01-15-00775-CV**
> *Adriene Sibley v. Seminole Pipeline Company, LLC, Enterprise Products Operating, LLC, First Call Field Service Corp., and TDW Services, Inc.*

Dear Mr. Prine:

Please find attached TDW Services, Inc.'s ("TDW") Entry of Appearance of Appellate Counsel in the above referenced appeal.

Despite Appellant's representations to the contrary, TDW was not properly served with Appellant's Notice of Appeal. It appears that the Clerk of the District Court only included Seminole Pipeline Company and its counsel of record on the Information Sheet filed in this matter which resulted in TDW not being originally listed as a party to this appeal. Appellant filed a motion to correct the parties and TDW is now listed as a party. However, TDW has not been receiving notices or other correspondence related to this matter. Appellant did serve TDW with a copy of her brief by mail.

Your assistance with ensuring that we are appropriately recorded as counsel for TDW Services, Inc. in this appeal is greatly appreciated. If you have any questions, please do not hesitate to contact our office.

Very truly yours,

Marquel S. Jordan